ACCEPTED
12-15-00208-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/19/2015 10:12:17 AM
Pam Estes
CLERK

## CN: 12-15-00208-CR

| | | |
|---|---|---|
| **BRIAN GARRETT** | § | **COURT OF APPEALS** |
| | § | |
| **V.** | § | **TWELFTH APPELLATE DISTRICT** |
| | § | |
| **STATE OF TEXAS** | § | **STATE OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/19/2015 10:12:17 AM
PAM ESTES
Clerk

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF THE APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Comes now BRIAN GARRETT, Appellant herein, by and through the undersigned counsel of record, and files this Appellant's First Motion for Extension of Time to File Brief of the Appellant, and would respectfully show as follows:

I.

### Certificate of Conference

The undersigned counsel certifies that he has conferred on this date with opposing counsel, April Ayers-Perez, Assistant District Attorney, Angelina County, Texas and she does not oppose the motion for extension of time.

1

## II.

Appellant was convicted in the District Court of Angelina County, Texas for the felony offense of Continuous Sexual Assault of a Child and sentenced to (55) Fifty-Five Years confinement in the Institutional Division of the Texas Department of Criminal Justice. Timely notice of appeal was thereafter given and the record was filed with this Court on September 22, 2015. Thus, Appellant's Brief is currently due on October 21, 2015.

## III.

Appellant respectfully requests an additional 30 days to prepare and file the item in question. The undersigned counsel was trial counsel and therefore familiar with the record and the issues to be presented. However, counsel had been required to devote considerable time to other cases detracting from the significant amount of time that will be necessary to address what counsel anticipates will be a lengthy and complicated Brief. Counsel was appointed to represent an accused in a non-death penalty capital case on August 31, 2015, State v. Bobby Woods, Cause Number 2015-0757, and has been retained (October 13, 2015) on Injury to a Child/Serious Bodily injury, State v. Andrew Lewis, Cause Number 2015-0688, both n Angelina County District Court. Additionally, counsel is this date, October 19, 2015, selecting felony juries to be tried in the two weeks in Angelina County,

2

Texas. State v. Johnson, Cause 2015-0158 and State v. Luna, Cause Number 2015-0479. Due to preparation and time devoted in these and other matters on the docket, counsel requires additional time.

## IV.

This is Appellant's first request for an extension of time. The request is not made for purposes of delay but to see that justice is done.

WHEREFORE, premises considered, Appellant respectfully prays that the motion be granted and the time to file Brief of the Appellant be extended for an additional thirty days.

Respectfully Submitted,

John W. Tunnell
Attorney at Law
Attorney for Appellant
TX State Bar # 20292100
315 E. Frank Ave.
Lufkin, Texas 75902-0414
Telephone: 936-699-3131
Facsimile: 936-699-2901

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served by facsimile #936-637-2818, on the attorney of record or party in accordance with the Texas Rules of Civil Procedure on this the 19th day of October 2015.

_____
John W. Tunnell

Art Bauereiss
Angelina County District Attorney
P. O. Box 908
Lufkin, Texas 75902-0908


Brian Garrett, Appellant
Angelina County Jail
P.O. Box 114
Lufkin, Texas 75902

## CERTIFICATE OF COMPLIANCE

I certify that this document contains 388 words, counting all parts of the document except those excluded by Tex.R.App.P.9.4(i)(3). The text is in 14 point font.

_____
John W. Tunnell